UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAWARREN ZYKEITH WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 17-4291 |
| BP EXPLORATION & PRODUCTION, et al | SECTION M (1) |

## JUDGMENT

In accordance with this Court's Order & Reasons (R. Doc. 69) granting the motion for summary judgment of defendants BP America Production Company, BP Exploration & Production, Inc., BP p.l.c., Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, and Transocean Offshore Deepwater Drilling, Inc.

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendants dismissing the claims of plaintiff Dawarren Zykeith Williams, with prejudice.

New Orleans, Louisiana, this 19th day of October, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE